# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director



**Registration Number**
**VA 2-246-656**
Effective Date of Registration:
March 31, 2021
Registration Decision Date:
April 09, 2021

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
For Photographs Published: January 01, 2021 to March 31, 2021

### Title
---

**Title of Group:** 2021-Q1 Photo Collection
**Number of Photographs in Group:** 243

- **Individual Photographs:** 010321covidtest2CS, 010621protests1CS, 010621protests2CS, 010621protests4CS, 010621protests8CS, 010621protests9CS, 010621trumptwitter1CS, 010721barricaded4CS, 010721barricaded9CS, 010721barricaded13CS, 010721barricaded14CS, 010721barricaded15CS, 010721barricaded19CS, 010721barricaded22CS, 010721barricaded25CS, 010721bikeaccident1CS, 010721bikeaccident9CS, 010721bikeaccident10CS, 010921trumpsuspended16CS, 010921trumptwitter1CS, 010921trumptwitter3CS, 010921trumptwitter4CS, 011421bus1CS, 011421busaccident4CS, 011421busaccident5CS, 011421busaccident7CS, 011421busaccident8CS, 011421busaccident9CS, 011421busaccident12CS, 011421busaccident16CS, 011421busaccident17CS, 011421busaccident18CS, 011421busaccident19CS, 011421busaccident21CS, 011421subway91CS, 011421subwaypush2CS, 011721shooting9CS, 012221winkler8CS, 012221winkler11CS, 012221winkler15CS, 012420hiring1CS, 012921homicide2CS, 012921homicide4CS, 012921homicide5CS, 013021doa2CS, 013021doa4CS, 013021doa6CS, 013021doa8CS, 013021doa10CS, 013021doa13CS, 013021doa15CS, 013021doa16CS

    **Published:** January 2021

- **Individual Photographs:** 021119hollywood2CS, 021119lapd3CS, 021219alaska1CS, 021219lax1CS, 032819policeline12CS, 040220coronavirusbronx5CS, 041320usps11CS, 042220nycskyline40CS, 042918mcdonalds6CS, 042918toysrusclosing22CS, 050418staples1CS, 051420shelter2CS, 051820directv3CS, 051920stimuluscheck8CS, 051920stimuluscheck18CS, 051920stimuluscheck19CS, 051920stimuluscheck30CS, 052120target5CS, 060217cityhall15CS, 061517gwb38CS, 071218harlem6CS, 072320yankeestadium10CS, 072520apartment3CS, 072520starbucks1CS, 080120houses1CS, 081318losangeles5CS, 081917pills9CS, 082820nypdmask4CS, 091219mets9CS, 091518cvspharmacy4CS, 092017beach41CS, 100418mcdonalds2CS, 100517petco1CS, 100520stimulus10CS, 102220shooting10CS, 102517wallstreet5CS, 102517wework11CS, 102520meadowlandsmurder3CS, 111919omny22CS, 112120pimphooker2CS, 120819viacomcbs5CS, 121020outdoordining63CS,

121620snow28CS, 121917verizon9CS, 122617bitcoin5CS, 122620homeless2CS, 122620subwayfatal7CS, 123120shooting7CS, 123120shooting12CS

**Published:** January 2021

- **Individual Photographs:** 010321covidtest3CS, 011015coyote28CS, 011015coyote30CS, 011421subway72CS, 011421subway84CS, 011421subway92CS, 011421subway93CS, 011421subwaycar8CS, 013121gamestop6CS, 013121gamestop24CS, 013121gamestop36CS, 020121snow8CS, 020321shooting2CS, 020421snowman2CS, 020621shooting5CS, 020621shooting7CS, 020621shooting9CS, 021021jcfire2CS, 021021jcfire8CS, 021021jcfire20CS, 021021jcfire22CS, 021121subwaystabbing1CS, 021121subwaystabbing3CS, 021218handcuffsrose1CS, 021219newspaper1CS, 021321arrest5CS, 021321homeless3CS, 021321stabbing4CS, 021321stabbing5CS, 021321stabbing9CS, 021321stabbing10CS, 021721fire2CS, 021721fire5CS, 021721fire8CS, 021818cuny7CS, 021821attemptabduction7CS

**Published:** February 2021

- **Individual Photographs:** 022021coincident1CS, 022021coincident4CS, 022021coincident7CS, 022021coincident11CS, 022021coincident13CS, 022021gorillaglue4CS, 022021noir12CS, 022021noir22CS, 022021noir24CS, 022021noir35CS, 022021noir41CS, 022021noir59CS, 022021noir66CS, 022021noir73CS, 022321covidbowling7CS, 022521accident1CS, 022521accident4CS, 022521accident9CS, 022521accident17CS, 022521accident18CS, 022521accident20CS, 022521accident22CS, 050820subwayclean24CS, 051018accident12CS, 053020protest46CS, 062420auntjemima8CS, 071218metronorth39CS, 071218metronorth64CS, 072320infrastructure17CS, 072320yankeestadium8CS, 073120policeline5CS, 080119cpw4CS, 081317bwb17CS, 102120fatalshooting16CS, 110318lowermanhattan3CS, 110320electionday36CS, 110320electionday46CS, 110320votingsecurity2CS, 112120subway8CS, 112120subway12CS, 121620snow6CS, 121620snow14CS

**Published:** February 2021

- **Individual Photographs:** 021019uberdriver9CS, 021321stabbing8CS, 021321stabbing12CS, 022119radiocity6CS, 022421shooting13CS, 022421shooting21CS, 030421vaccine13CS, 030521homicide5CS, 030521homicide6CS, 030521homicide7CS, 030521homicide9CS, 030521homicide11CS, 030521homicide13CS, 030621movies1CS, 030621movies5CS, 030621movies12CS, 030621movies16CS, 030621movies27CS, 030621trauma6CS, 031121homicide3CS, 031121homicide4CS, 031121homicide7CS, 031121homicide9CS, 031121shooting19CS, 031521karate9CS, 031721shooting4CS, 031721shooting8CS, 031820coronavirusmidtown9CS, 032321amazonprime12CS, 032521personshot4CS, 032521personshot7CS, 032521personshot13CS, 032521personshot17CS, 032521personshot21CS, 032521personshot22CS, 032521shooting2CS, 032521shooting4CS, 032521shooting7CS, 032521spiderman6CS, 032521wheelie1CS, 041819newyorkone2CS, 050720subwayclean19CS, 051319amazon5CS, 051920stimuluscheck1CS, 052719usps7CS, 052719usps9CS, 061719subway18CS, 071217subway43CS, 072320yankeestadium11CS, 072520apartment7CS, 073120policeline3CS, 080620lirr18CS, 081317jfk11CS, 081317jfk12CS, 081619epstein11CS, 081619epstein32CS, 092420nypd1CS, 100820building1CS, 102414lincoln9CS, 102520usps5CS, 102619crimescene1CS, 110819money1CS, 111919supremecourt26CS, 112719toysrus55CS

**Published:** March 2021

## Completion/Publication



|  |  |
|--|--|
| Year of Completion: | 2021 |
| Earliest Publication Date in Group: | January 01, 2021 |
| Latest Publication Date in Group: | March 31, 2021 |
| Nation of First Publication: | United States |

## Author

|  |  |
|--|--|
| Author: | Christopher Sadowski |
| Author Created: | photographs |
| Work made for hire: | No |
| Citizen of: | United States |
| Domiciled in: | United States |
| Year Born: | 1982 |

## Copyright Claimant

Copyright Claimant: Christopher Sadowski
96 9th Avenue, Hawthorne, NJ, 07506, United States

## Rights and Permissions

|  |  |
|--|--|
| Name: | Christopher Sadowski |
| Email: | csnyphoto@gmail.com |
| Telephone: | (973)650-5382 |
| Address: | 96 9th Avenue |
|  | Hawthorne, NJ 07506 United States |

## Certification

|  |  |
|--|--|
| Name: | Christopher Sadowski |
| Date: | March 31, 2021 |

---

Copyright Office notes: Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the

group and the Case Number assigned to the application.